# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID P. HARLAN,

    Defendant.

Case No. MJ10-5130

ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES

THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, David Jennings;
The defendant appears personally and represented by counsel, John Carpenter;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating bond conditions as set forth in the Pretrial Services Petition dated June 10, 2011 (ECF doc. 18).

The court having determined that the defendant violated the conditions of his Appearance Bond, Now therefore defendant's Appearance Bond is hereby continued in effect.

The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

June 15, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1